# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

---

------------------------------------------- x
**UNITED STATES OF AMERICA,**            :

     v.                                                 :

                                                    25 Cr. 234

**SEGUNDO ARMANDO LEMA-NAULA,**

               **DEFENDANT.**           :
------------------------------------------- x

**SEGUNDO ARMANDO LEMA-NAULA,** the above-named defendant, who is accused of violating Title 18, United States Code, Sections 2422(b) and 2260A having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                        Defendant

                                                _____
                                                Counsel for Defendant

Date:  White Plains, New York
         May 20, 2025