## LAW OFFICES OF SALLY S. ATTIA
### Attorneys at Law

December 8, 2025

Honorable Vincent Briccetti, USDJ
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**Re: United States of America v. Segundo Armando Lema Naula; Criminal; Docket# 7:25-cr-00234-VB**

Honorable Judge Briccetti,

A conference is scheduled for this matter on December 10, 2025, at 2:30pm. This is a request to adjourn the conference to February 3, 2026, at 10:00am.

We have spoken to AUSA Cohen, and she does not object to our request. We have also spoken to Courtroom Deputy Hilbert, and the above date was available.

On behalf of the Defendant, we hereby consent to the exclusion of time/waiver of speedy trial until the next adjourn date.

Thank you in advance for your understanding in this matter. If you have any questions, please do not hesitate to contact our office at the numbers below.

For the reasons stated in the above letter the conference is adjourned until 2/3/26 at 10:00 a.m. Time is excluded from the Speedy Trial Clock through and including 2/3/26.

SO ORDERED:

Sincerely yours,

Sally S. Attia, Esq.

Vincent L. Briccetti, U.S.D.J.    12-8-25

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/25

CC: AUSA Marcia Cohen
By: ECF

125-10 Queens Blvd., Suite 7, Kew Gardens, New York 11415
Phone: (718) 725-7347   Fax: (866) 929-0726
30 Wall Street, 8th Floor, New York, NY 10005
Phone: (212) 859-5055   Fax: (866) 929-0726