UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA       :

v.       :

SEGUNDO ARMANDO LEMA NAULA,       :
                Defendant.       :

------------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: _1-30-26_

**ORDER**

25 CR 234 (VB)

Earlier today, the Court's courtroom deputy clerk received an email from a "legal assistant" in the law office of defense counsel requesting an adjournment of the conference scheduled for February 3, 2026. The email did not provide a reason for the requested adjournment, although it did say the government "did not object" to the request.

The adjournment request is DENIED, for the following reasons.

First, the email was submitted by a legal assistant, who is apparently not a lawyer. The Court does not accept submissions from persons who are not lawyers admitted to the Bar of this Court.

Second, the email, because it is an email and not a letter, was not filed on the ECF docket and therefore is not part of the record in this criminal case. Except in emergencies (which this clearly is not), the Court does not accept requests in criminal cases made by email.

Third, the email says nothing about whether the parties are requesting an exclusion of time under the Speedy Trial Act or the basis for any such exclusion. Perhaps this is because the legal assistant is not a lawyer and does not appreciate the significance of the rights of the defendant and the public under the Speedy Trial Act.

Fourth, the last time the parties—including the defendant, who has been detained pending trial— attended a conference or other court proceeding in this case was September 3, 2025, nearly five months ago. The Court sees no good reason for a further adjournment.

Accordingly, the parties shall appear in person as scheduled on February 3, 2026, at 10:00 a.m.

The Court will not consider any re-submitted request for an adjournment of the February 3 conference.

Dated: January 30, 2026            SO ORDERED:
        White Plains, NY

                                      Vincent L. Briccetti
                                      United States District Judge