UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

USA,
Plaintiff(s),

v.

SEGUNDO ARMANDO LEMA NAULA,
Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

25cr234 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been re-scheduled for:

| | |
|---|---|
| _x__ Status conference | ___ Final pretrial conference |
| ___ Telephone conference | ___ Jury selection and trial |
| ___ Pre-motion conference | ___ Bench trial |
| ___ Settlement conference | ___ Suppression hearing |
| ___ Oral argument | ___ Plea hearing |
| ___ Bench ruling on motion | ___Sentencing |

on October 20, 2026, at 2:30 p.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from October 14, 2026, at 12:00 p.m.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: September 10, 2026
White Plains, NY

SO ORDERED:

______________________________
Vincent L. Briccetti
United States District Judge